IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSHUA ELLIS,<br><br>    Defendant. | CRIMINAL CASE NO.<br><br>1:13-cr-127-03-JEC-JSA |

### ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [73] recommending accepting defendant's plea of guilty tendered on December 5, 2013. No objections to the Report and Recommendation [73] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [73] and **ACCEPTS** the defendant's plea of guilty as to Counts Four and Five of the Indictment. Sentencing will be set upon disposition of remaining defendants.

SO ORDERED this 26th day of February, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)